No. 90–6347. MASSEY v. GRAND UNION CO., DBA BIG STAR FOOD STORES, ET AL. Super. Ct. Ga., Fulton County. Certiorari denied.

No. 90–6353. BARRIENTOS v. RELIANCE STANDARD LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 90–6357. SANDLIN v. ALLEN ET AL. C. A. 8th Cir. Certiorari denied. 

No. 90–6364. MORT v. OHIO BOARD OF COMMISSIONERS ON CHARACTER AND FITNESS. Sup. Ct. Ohio. Certiorari denied. 

No. 90–6368. DANIELSON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 90–6373. RICHARDS ET AL. v. MEDICAL CENTER OF DELAWARE, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6374. BUYNA v. CASEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6377. CARBRAY v. CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 
██

No. 90–6379. CARTER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 
██

No. 90–6380. HARVEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 
██

No. 90–6381. MONROE v. SKINNER, SECRETARY OF TRANSPORTATION. C. A. 11th Cir. Certiorari denied. 

No. 90–6385. ABIFF v. GEORGIA. Sup. Ct. Ga. Certiorari denied.